# In the United States Court of Federal Claims

No. 10-580 L
(E-Filed:  December 19, 2014)

|  |  |
|---|---|
| WOLFSEN LAND & CATTLE COMPANY, ET AL., | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) ) |

## ORDER

      Before the court is the parties' Agreement for Settlement and Dismissal of Suit, ECF No. 44, filed December 18, 2014.  The parties "agree that this case should be dismissed, each party to bear its own attorneys' fees and costs." Id. at 1.  Further to the representations made in the parties' filing:

      Claim Nos. 3, 4, 6 are DISMISSED WITH PREJUDICE.

      Claim Nos. 1, 2, 5, 7–11 are DISMISSED WITHOUT PREJUDICE.

      The Clerk of Court is directed to enter judgment accordingly.  No costs.

      IT IS SO ORDERED.

                                             s/ Patricia E. Campbell-Smith
                                             PATRICIA E. CAMPBELL-SMITH
                                             Chief Judge